UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Denise Bergren
                             Plaintiff,

v.                                                      Case No.: 1:10–cv–00650
                                                             Honorable William J. Hibbler

NCO Financial Systems, Inc.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 19, 2010:

       MINUTE entry before Honorable William J. Hibbler: Status hearing set for 6/2/2010 at 9:30 AM.Mailed notice(jdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.