IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENISE BERGREN on her own behalf and as next friend of her minor daughter,<br>   Plaintiffs, | )<br>)<br>)<br>) | 1:10-cv-650 |
| v. | )<br>) | JURY DEMANDED |
| NCO FINANCIAL SYSTEMS, INC.,<br>   Defendant. | )<br>)<br>)<br>) | |

## NOTICE OF DISMISSAL

Plaintiff hereby dismisses this case with prejudice and without costs, pursuant to Fed.R.Civ.P. 41(a)(1). The case has settled. Defendant has not yet answered.

Respectfully submitted,

/s/Alexander H. Burke

BURKE LAW OFFICES, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601
(312) 729-5288
(312) 729-5289 (fax)
ABurke@BurkeLawLLC.com
www.BurkeLawLLC.com